IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–14–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| OSCAR MANZO-GARCIA, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 43.) Because neither party objected, they are not entitled to *de novo* review.  28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Oscar Manzo-Garcia is charged with possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1), as charged in the sole count of the Indictment. (Doc. 15.) Judge DeSoto recommends that this Court accept Manzo-Garcia's guilty plea as to the sole count of the Indictment after he

1

appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 43) is ADOPTED in full.

IT IS FURTHER ORDERED that Manzo-Garcia's motion to change plea (Doc. 33) is GRANTED.

IT IS FURTHER ORDERED that Oscar Manzo-Garcia is adjudged guilty as charged in the sole count of the Indictment.

DATED this 8th day of September, 2025.

Dana L. Christensen, District Judge
United States District Court